JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL NATHANS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:20-cv-04977-RSWL-MRWx<br><br>Hon. Ronald S.W. Lew<br><br>(~~PROPOSED~~) ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(Filed concurrently with Stipulation to Dismiss Action with Prejudice) |

　　Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

　　SO ORDERED.

DATED: April 26, 2022　　　　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE